```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                                     Plaintiff,             :
                                                            :       19 Civ. 5894 (LGS)
              -against-                                     :
                                                            :       ORDER
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                     :
                                     Defendants.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 20, 2019, Defendants filed a letter requesting an immediate stay of discovery in light of the unsealing of a criminal complaint alleging that Plaintiff's counsel, Mr. Stuart Finkelstein, has initiated the filing of over 300 similar ADA lawsuits on behalf of individuals who neither retained nor authorized him to file these lawsuits on their behalf;

WHEREAS, on November 21, 2019, discovery was stayed, and Mr. Finkelstein was ordered to produce evidence sufficient to show that Plaintiff retained him to represent Plaintiff in this action;

WHEREAS, the Court has been informed that Mr. Finkelstein is unable to litigate this matter. It is hereby

ORDERED that the case is dismissed without prejudice.

The Clerk of Court is respectfully requested to close the case.

Dated: November 26, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 11/26/2019]