USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2019

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 6th, 2019

Application GRANTED. The Order at Dkt. 47 is hereby rescinded. The Clerk of Court is respectfully requested to re-open the case.

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - courtroom 1106
New York, New York 10007

Plaintiff's counsel shall produce evidence sufficient to show that the Plaintiff retained him to represent Plaintiff in this action by December 13, 2019.

Dated: December 9, 2019
New York, New York

*LORNA G. SCHOFIELD*
**UNITED STATES DISTRICT JUDGE**

Re: Antolini vs. 75 & 81 Orchard Associates LLC et al
Case No.: 1:19-cv-05894-LGS

Dear Judge Schofield,

To remind the Court, respectfully, I represent Mr. Antolini. Up until this past Tuesday, December 3, 2019 I was unable to continue to prosecute Mr. Antolini's lawsuit. That condition has been removed by order of Judge Moses. [DE 5]

That was the only reason that I suggested and agreed to dismissing his case, which you so graciously allowed for, without prejudice.

I therefore ask the Court to rescind its Order of December 2, 2019 so that I can continue to prosecute Mr. Antolin's lawsuit to trial.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via Pacer