UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DINO ANTOLINI,

                        Plaintiff,

        -against-

75 & 81 ORCHARD ASSOCIATES LLC, et al.,
                       Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

19 Civ. 5894 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on December 11, 2019, Plaintiff's counsel emailed the Court with evidence that Plaintiff retained him to represent him in this action.  It is hereby

    ORDERED that Plaintiff's counsel shall file his December 11, 2019, email and attachment on ECF by December 16, 2019.  Plaintiff is reminded to abide by this Court's Individual Rule I.B.1.  It is further

    ORDERED that fact discovery shall re-commence, and an amended case management plan will issue separately.  It is further

    ORDERED that the parties shall promptly reach out to Judge Freeman to schedule a settlement conference.

Dated: December 13, 2019
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE