

Stuart Finkelstein <sf@finkelsteinlawgroup.com>

---

## Antolini vs. 75 & 81 Orchard Associates LLC 19-cv-05894
1 message

---

**Stuart Finkelstein** <sf@finkelsteinlawgroup.com>                    Wed, Dec 11, 2019 at 12:17 PM
To: Schofield_NYSDChambers@nysd.uscourts.gov

12-11-19

Dear Judge Schofield,

Responding to your Order of December 9, 2019, I am emailing you directly as I am very reluctant to post on Pacer
Mr. Antolini's email address and his communications with counsel. I am attaching both my email to him and his
response.

Moreover, if Mediation is Court ordered in the next month, Mr Antolini and I would of course attend, and on that
same date my client and I will appear before you if so desired.

Thanking you, I remain,

Very truly yours,
Stuart H. Finkelstein, Esq.

--
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
718) 261-4900

---

📎 **Judge Schofield 1.pdf**
735K



**Stuart Finkelstein <sf@finkelsteinlawgroup.com>**

---

## 75 & 81 Orchard Associates LLC
1 message

---

**Stuart Finkelstein** <sf@finkelsteinlawgroup.com>                    Tue, Dec 10, 2019 at 3:31 PM
To: Dino Antolini <dinoantolini

Dino, I'm sending you this email so I can provide it to the Judge.  When you send it back to me, simply confirm
that you hired me to represent you in this ADA lawsuit against 75 & 81 Orchard Associates to repair the restaurant
to make it accessible for you and others who are wheelchair bound. I will print it out and fax to the Judge's
chambers.

Take care Dino.

Stu


--
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
718) 261-4900



**Stuart Finkelstein <sf@finkelsteinlawgroup.com>**

## (no subject)
1 message

**Dino Antolini** <dinoantoli                                    Tue, Dec 10, 2019 at 4:08 PM
To: sf@finkelsteinlawgroup.com

> I,Dino Antolini, have retained the Finkelstein Law Group _Stuart Finkelstein to represent me in the ADA case with
> 75-81 Orchard St.
> Thanks