FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/08/2020

January 8th, 2020

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - courtroom 1106
New York, New York 10007

To ensure clarity, it is ORDERED that all discovery requests that were outstanding prior to this Court's Order at Dkt. No. 47 dismissing the case are deemed served as of the date of this order.

Plaintiff's application is DENIED without prejudice to renew if Defendants fail to timely respond.

Dated: January 8, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Antolini vs. 75 & 81 Orchard Associates LLC et al
Case No.: 1:19-cv-05894-LGS

Dear Judge Schofield,

To remind the Court, I represent Plaintiff Mr. Antolini in this matter and we respectfully request a pre-motion conference in connection with a Motion to compel to respond to Plaintiff's discovery requests pursuant to pursuant to Federal Rule Civil Procedure 37(a)(4). To date, Plaintiff has received absolutely nothing from defense counsel and we view this as a failure to disclose, answer and to respond to our discovery requests. Said requests were sent months ago.

We wish to advise the Court that I have made numerous good faith efforts to obtain Defendant's responses to obviate the need for motion practice. I have sent numerous (at last count 3) good faith emails to remind counsel to comply with the pending Discovery Requests pursuant to Federal Rule Civil Procedure 37(a)(4). To date, no response has been forthcoming.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via Pacer