```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DINO ANTOLINI,                                                :
                                      Plaintiff,              :
                                                              :         19 Civ. 5894 (LGS)
              -against-                                       :
                                                              :              ORDER
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                       :
                                   Defendants.                :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order required the parties to file a status letter on January 24, 2020 (Dkt. No. 52);

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the status letter by **January 30, 2020**.

Dated: January 28, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2020