```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
DINO ANTOLINI,                                :
                              Plaintiff,      :
                                              :         19 Civ. 5894 (LGS)
              -against-                       :
                                              :         ORDER
75 & 81 ORCHARD ASSOCIATES LLC, et al.,       :
                              Defendants.     :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/11/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 31, 2020, an order was issued requiring the parties to file a status letter by February 7, 2020, apprising the Court of the status of the parties' settlement conference before Judge Freeman (Dkt. No. 59);

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that the parties shall file the status letter by **February 13, 2020**.

The parties are reminded that compliance with Court Orders is not optional.

Dated: February 11, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**