UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                 :
DINO ANTOLINI,                      :
                          Plaintiff,    :          19 Civ. 5894 (LGS)
                          :
            -against-                 :               ORDER
                          :
75 & 81 ORCHARD ASSOCIATES LLC, et al.,   :
                        Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Case Management Plan and Scheduling Order issued on December 13, 2019, the parties were directed to file a joint status letter by April 3, 2020 (Dkt. No. 52). No letter was filed;

      WHEREAS, on March 13, 2020, this case was referred to Judge Freeman for general pretrial (Dkt. No. 71);

      WHEREAS, on April 2, 2020, Judge Freeman ordered the parties to file a joint letter by April 10, 2020. It is hereby

      **ORDERED** that the parties' obligation to file a status letter pursuant to the Case Management Plan and Scheduling Order will be satisfied through compliance with Judge Freeman's order.

Dated: April 8, 2020
       New York, New York

                                          LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE