UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                               Plaintiff,   :   19 Civ. 5894 (LGS)
                                                            :
               -against-                          :   ORDER
                                                            :
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                     :
                              Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Case Management Plan and Scheduling Order issued on December 13, 2019, a case management conference is scheduled for May 21, 2020 (Dkt. No. 52);

      WHEREAS, on March 13, 2020, this case was referred to Judge Freeman for general pretrial (Dkt. No. 71);

      WHEREAS, the parties have filed various letters seeking to extend or stay discovery. It is hereby

      **ORDERED** that the case management conference, scheduled for May 21, 2020, is ADJOURNED to **July 9, 2020, at 10:40 a.m.**

Dated: May 19, 2020
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE