UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                             Plaintiff,      :        19 Civ. 5894 (LGS)
                                                            :
            -against-                                    :        ORDER
                                                            :
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                     :
                            Defendants.     :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to the order at Dkt. No 85, a case management conference is scheduled for July 9, 2020;

    WHEREAS, pursuant to the order at Dkt. No. 88, any inspection of the restaurant premises by Plaintiff is stayed pending Judge Freeman's consideration of a status letter due July 31, 2020.  It is hereby

    **ORDERED** that the case management conference, scheduled for July 9, 2020, is **ADJOURNED** to **August 27, 2020, at 10:40 a.m.**  Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference.  If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: June 29, 2020
       New York, New York

                                                      LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE