UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                           Plaintiff,     :    19 Civ. 5894 (LGS)
                                                            :
                -against-                 :    ORDER
                                                            :
75 & 81 ORCHARD ASSOCIATES LLC, et al.,   :
                           Defendants.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the order at Dkt. No 89, a case management conference is scheduled for August 27, 2020;

WHEREAS, pursuant to the order issued on August 3, 2020, the stay of expert discovery is lifted, and all expert discovery shall be completed by October 2, 2020.  It is hereby

**ORDERED** that the case management conference, scheduled for August 27, 2020, is **ADJOURNED** to **October 22, 2020, at 10:40 a.m.**  Any party wishing to file a summary judgment or other dispositive motion shall file a pre-motion letter at least two weeks before the conference.  If no pre-motion letter is timely filed, this conference will be canceled and the matter placed on the Court's trial-ready calendar.

Dated: August 4, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**