UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                              :
DINO ANTOLINI,                                :
                              Plaintiff,      :          19 Civ. 5894 (LGS)
                                              :
              -against-                       :               ORDER
                                              :
75 & 81 ORCHARD ASSOCIATES LLC, et al.,       :
                              Defendants.     :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 8, 2020, Defendants filed a pre-motion letter in anticipation of a motion *in limine* to exclude expert testimony.  Dkt. No. 94.

WHEREAS, on October 15, 2020, Plaintiff filed a responsive letter.  Dkt. No. 96.

WHEREAS, on November 5, 2020, the parties participated in a case management conference, during which Plaintiff agreed to dismiss certain claims, and proceed with his claim pursuant to Title III of the Americans with Disabilities Act (*see* Dkt. No. 1, ¶¶ 31-48) in a bench trial.

WHEREAS, on March 13, 2020, the Court issued an Amended Order of Reference to a Magistrate Judge, referring this action to Judge Freeman for general pre-trial and settlement discussions (Dkt. No. 71).  For the reasons stated during the case management conference, it is hereby

**ORDERED** that, by **November 10, 2020**, Plaintiff shall file any stipulation of dismissal of the claims that would require a jury trial, including the New York State, New York City and common law claims included within the Complaint (Dkt. No. 1).  It is further

**ORDERED** that, by **November 19, 2020**, Defendants shall provide Plaintiff with a proposal regarding modifications to the premises located at 79 Orchard Street.  It is further

**ORDERED** that, pursuant to the Amended Order of Reference to a Magistrate Judge at Docket No. 71, all parties (in addition to counsel) shall appear before Judge Freeman for a settlement conference.

The Clerk of Court is respectfully directed to close Docket No. 94.  An order setting a trial date and deadlines for pre-trial submissions, including Defendants' proposed motion *in limine*, will issue separately.

Dated: November 5, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE