UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DINO ANTOLINI

        Plaintiff,

      -against-

75 & 81 ORCHARD ASSOCIATES LLC,
SASSAN MAHFAR, ERWIN SCHROTTNER,
ANDREW CHASE and GRAZ RESTAURANT,

        Defendants.
-------------------------------------------------------------X

Case No.: 1:19-cv-05894-LGS-DCF

STIPULATION OF DISMISSAL

Plaintiff DINO ANTOLINI and Defendants 75 & 81 ORCHARD ASSOCIATES LLC, SASSAN MAHFAR, ERWIN SCHROTTNER, ANDREW CHASE and GRAZ RESTAURANT, by and through their respective attorneys, hereby stipulate that Plaintiff dismisses all claims that would require a jury trial, including the New York State, New York City and common law claims included within the Complaint (Dkt. No. 1) pursuant to Fed.R.Civ.P. Rule 41(a).

Dated: November 10, 2020

Finkelstein Law Group

_____
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
Tel. (718) 261-4900
Attorney for Plaintiff

Eustace, Epstein, Prezioso & Yapchanyk

_____
Anthony Tomari Esq.
55 Water St. Ste 28th Fl.
New York, NY 10041
212-612-4035
atomari@eustacelaw.com
Attorney for Defendants

Rivkin Radler LLP

_____
Keegan Benoit Sapp Esq.
926 RXR Plaza
Uniondale, NY 11556
516-357-3000
Keegan.Sapp@Rivkin.com