UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DINO ANTOLINI,                                              :
                                        Plaintiff,          :
                                                            :     19 Civ. 5894 (LGS)
            -against-                                       :
                                                            :     **ORDER**
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                     :
                                        Defendants.         :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, pursuant to Individual III.B.1, memoranda of law in support of or opposition to *in limine* motions shall not exceed five pages.

    WHEREAS, on December 7, 2020, Plaintiff filed a memorandum of law in opposition to Defendants' motion *in limine* (Dkt. No. 103) that consists of fifteen pages, excluding the cover page, table of contents and table of authorities. Dkt. No. 104. It is hereby

    **ORDERED** that Plaintiff's memorandum of law at Docket No. 104 is hereby stricken from the record. It is further

    **ORDERED** that by **December 23, 2020, at noon**, Plaintiff shall file a memorandum of law complying with the Court's Individual Rules, consisting of no more than five pages.

Dated: December 22, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE