# STUART H. FINKELSTEIN

*Attorney at Law*
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

December 30th, 2020

The Honorable Lorna G. Schofield
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

                                      Re: Antolini vs. 75 & 81 Orchard, et al
                                      Case No.: 1:19-cv-05894 (LGS)

Dear Judge Schofield,

Respectfully, this matter is on for trial January 12, 2021. As such, there has finally been some movement on both sides to reach a resolution of this case.

While we are not seeking any change in the scheduling of trial as ordered by the Court, I will provide your Honor with an update by end of business tomorrow.

                                                    Very truly yours,

                                                    Stuart H. Finkelstein

SHF/tc
To all counsel of record via pacer