

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**KEEGAN B. SAPP**
ASSOCIATE
(516) 357-3320
Keegan.Sapp@rivkin.com

December 30, 2020

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. Debra C. Freeman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    Dino Antolini v. 75 & 81 Orchard Associates LLC, et al.
              Docket No. 1:19-cv-05894 (LGS)

Your Honors:

      The law firm of Rivkin Radler, LLP represents Erwin Schrottner, Andrew Chase, and Graz Restaurant LLC (the "Defendants"). We write in furtherance of Magistate Judge Freeman's December 14th Order requesting a status report and Plaintiff's unilateral communication filed at Docket No 113. The Parties have reached a resolution as to the monetary amount and property modifications. In this regard, Defendants anticipate being able to memorialize this in a formal settlement agreement shorty after the New Year.

                          Respectfully,

                          RIVKIN RADLER LLP

           By:   /s/ Keegan B. Sapp
                        Keegan B. Sapp, Esq

5082626.v3