UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DINO ANTOLINI,                                                :
                                Plaintiff,                    :
                                                              :    19 Civ. 5894 (LGS)
                -against-                                     :
                                                              :    **ORDER**
75 & 81 ORCHARD ASSOCIATES LLC, et al.,                       :
                                Defendants.                   :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 27, 2020, the Court issued an Order directing the parties to contact Courtroom Deputy James Street at (212) 805-4553 to schedule a walkthrough of the technology the parties have arranged and intend to use to hold the trial virtually (the "Virtual Trial Technology") and to conduct such a walkthrough.  Dkt. No. 112.

WHEREAS, as of 1:30 p.m. on January 5, 2020, the parties had neither scheduled nor conducted such a walkthrough.

WHEREAS, on December 30, 2020, Plaintiff filed a letter stating that "there has finally been some movement on both sides to reach a resolution in this case."  Dkt. No. 113.

WHEREAS, on December 30, 2020, Defendants filed a letter stating that "[t]he Parties have reached a resolution as to the monetary amount and property modifications," and that "Defendants anticipate being able to memorialize this in a formal settlement agreement shortly after the New Year."  Dkt. No. 114.  It is hereby

**ORDERED** that, **by 5:00 P.M. Eastern Standard Time today**, the parties shall jointly file a letter apprising the Court of the status of settlement discussions.  To the extent that a settlement agreement in principle has not been reached, **the parties are reminded of their obligation to contact Mr. Street and conduct a walkthrough of the Virtual Trial Technology today**.

Dated: January 5, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE